Case: 1:21-mj-00652
Assigned To : Faruqui, Zia M.
Assign. Date : 11/10/2021
Description: Complaint w/ Arrest Warrant

## STATEMENT OF FACTS

On or about November 10, 2021, agents from Homeland Security Investigations (HSI) and officers from the Metropolitan Police Department (MPD) executed a search warrant issued by the District Court for the District of Columbia for a residence located at 1226 16th St NE, Washington D.C.

During the search warrant execution, law enforcement encountered Avron FORTINEAU (FORTINEAU) inside the residence on the first floor of the property. FORTINEAU was initially encountered in a bedroom, over which he claimed ownership. No other individuals were on the first floor of the property when agents entered. Once the residence was secured, law enforcement conducted a search and seized the following items from the bedroom on the first floor of the residence: one Glock 26 firearm, bearing serial number ZMK454; one Glock 26 firearm magazine; one box of 9mm ammunition; one small bag of brown powder (suspected to be heroin); one small bag of white powder (suspected to be cocaine); one small digital scale; and $20 in cash.

FORTINEAU was transported to MPD's Fifth District Station in Washington D.C. for processing and a potential interview. After he was read, acknowledged, and waived his *Miranda* rights, FORTINEAU made the following admissions:

- The Glock 26 firearm belonged to FORTINEAU, and he purchased it approximately six months ago from an unidentified individual(s) in Southeast Washington D.C.
- FORTINEAU possessed the firearm for personal protection.
- A small bag of brown powder, suspected to be heroin, was in fact heroin, and belonged to FORTINEAU. FORTINEAU used it for personal use.
- A small bag of white powder, suspected to be cocaine, was crack cocaine, and belonged to FORTINEAU. FORTINEAU used it for personal use.
- FORTINEAU was previously convicted in or around 2010 (approximation) for a felony charge relating to marijuana distribution. FORTINEAU knew he had a felony conviction and knew that his potential maximum sentence was over one year of incarceration. FORTINEAU stated he served 18 months of probation, with the understanding that if he violated his probation, he would have to serve some or all of a zero to three-year term of imprisonment.

A criminal records check reveals that FORTINEAU was previously convicted of a crime punishable by a term of imprisonment of more than one year. Specifically, FORTINEAU was convicted on 11/2/2010 for Possession with Intent to Distribute Marijuana in Washington D.C. Superior Court (Case Number 2010CF2020596). Records reveal that FORTINEAU was sentenced to 14 months of incarceration, with execution of the sentence suspended. Based on the above-facts, at the time of his arrest in this case, FORTINEAU was aware he had a prior conviction for a crime

punishable by a term of imprisonment of more than one year. An analysis of the firearm and ammunition seized from FORTINEAU's bedroom revealed that neither the firearm nor ammunition were manufactured in Washington D.C., and therefore traveled in interstate commerce.

_____
Julian Herman
<u>SPECIAL AGENT</u>, HSI

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 10th day of November, 2021.*

_____
ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE